**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARC ANTWAIN X. RIVERS MUHAMMAD, SR., <br><br> Plaintiff, <br><br> v. <br><br> CLEATRICE X. DEMPSEY, ASYIA RIGSBYE, YORRII (SASKA) HARDING, LUZERNE COUNTY COURT OF COMMON PLEAS - ORPHANS' COURT DIVISION, THE SUPERIOR COURT OF PENNSYLVANIA and THE SUPREME COURT OF PENNSYLVANIA, <br><br> Defendants. | CIVIL ACTION NO. 3:11-CV-350 <br><br> (JUDGE CAPUTO) <br><br> (MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW**, this ___22nd___ day of February, 2012, **IT IS HEREBY ORDERED THAT** the Plaintiff's Motion for Judgment on Fewer Than All Claims or Parties (Doc. 25) is **DENIED.**

                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge